UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:18-CV-00353-CEH-AEP

UNITED STATES OF AMERICA,

   Plaintiff,

v.

MARK W. CIARAVELLA,

   Defendant.

## NOTICE OF FILING

Plaintiff, United States of America, by and through its undersigned counsel files this Return of Service in the above styled cause.

Dated: March 1, 2018
Miami, Florida

Respectfully submitted,

_____
Steven M. Davis, (Florida Bar No. 894249)
Email: sdavis@becker-poliakoff.com
121 Alhambra Plaza – 10th Floor
Coral Gables, FL 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232
Attorneys for Plaintiff United States
of America

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by regular US Mail to Mark W. Ciaravella at the address of 1110 N. Florida Ave., Tampa, FL 33602, on this 1st day of March, 2018.

_____
Steven M. Davis

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 8:18-CV-353-T-36HEP

Plaintiff:
**UNITED STATES OF AMERICA**

vs.

Defendant:
**MARK W. CIARAVELLA**


ILS2018000635

For:
Steven M. Davis, Esq. (7)
Becker & Poliakoff, P.A.
121 Alahambra Plaza
10th Floor
Coral Gables, FL 33134

Received by INVESTIGATIVE PROCESS SERVICE, INC on the 14th day of February, 2018 at 11:51 am to be served on **Mark W. Ciaravella, 1110 North Florida Avenue, Tampa, FL 33602.**

I, JAMES HENDON, do hereby affirm that on the **23rd day of February, 2018 at 8:35 am**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action, Civil Cover Sheet, Complaint** with the date and hour of service endorsed thereon by me, to: **MARK CIARAVELLA** at the address of: **300 N. Hogan St., Courtroom 12C, 12th Fl, Jacksonville, FL 32202**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: WHITE, Height: 5'9, Weight: 175, Hair: BROWN, Glasses: N

I certify I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the Judicial Circuit in which the process was served and/or am otherwise duly authorized to have served process in the jurisdiciton where process was served. Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. Description of whom was served is soley based upon the opinion of the person making the declaration. NO NOTARY REQUIRED PURSUANT TO FS 92.525(2).

JAMES HENDON
SPECIAL PROCESS SERVER #409

INVESTIGATIVE PROCESS SERVICE, INC
1416 E CONCORD STREET
ORLANDO, FL 32803
(407) 426-7433

Our Job Serial Number: ILS-2018000635
Ref: RUSH

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2e