UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 8:18-cv-353-T-36AEP

MARK CIARAVELLA

## NOTICE OF MEDIATION

The United States and Mark Ciaravella have agreed to appear for mediation on April 15, 2019, at 1:00 p.m. before:

Matt Cersine
1512 W. Colonial Drive, Suite C
Orlando, FL 32804
Email: mcersine@cersinelaw.com
Telephone: 407-592-7326

        Respectfully submitted,

        MARIA CHAPA LOPEZ
        United States Attorney

By:   *s/ Jillian M. Jewell*
      JILLIAN M. JEWELL
      Assistant United States Attorney
      Florida Bar No. 112974
      Financial Litigation Unit
      400 North Tampa Street, Suite 3200
      Tampa, FL 33602
      Telephone:  (813) 274-6038
      Facsimile:  (813) 301-3103
      E-Mail:  FLUDocket.mailbox@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on March 19, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

*s/ Jillian M. Jewell*
JILLIAN M. JEWELL
Assistant United States Attorney
