UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                              Case No: 8:18-cv-353-T-36AEP

MARK W. CIARAVELLA,

    Defendant.
_____/

## **O R D E R**

This matter comes before the Court upon Defendant's Motion for Reconsideration and Rehearing on Court's Status Conference Held November 25, 2019 (Doc. 43). In the Motion, Defendant indicates that he was unable to telephonically appear at the Court's status conference because an international business center was unable to make arrangements for the call. Doc. 43 ¶ 3.

The purpose of the status conference was to discuss possible dates for scheduling the trial in this matter. Doc. 42. During the hearing, the Court directed Plaintiff to confer with Defendant regarding available dates, whether the parties consented to scheduling the matter before the magistrate judge, and whether this will be a bench trial or a jury trial. *Id.* The Plaintiff did so and has advised the Court of the dates on which the parties are available for trial. Doc. 44. The Court scheduled a Final Pretrial Conference for January 21, 2020 at 1:45 p.m. in Tampa Courtroom 13A and set the case for trial during the February 2020 trial term. Doc. 45. Accordingly, Defendant's Motion for Reconsideration and Rehearing on Court's Status Conference Held November 25, 2019 (Doc. 43) will be denied as moot.

**ORDERED AND ADJUDGED**:

1. Defendant's Motion for Reconsideration and Rehearing on Court's Status Conference Held November 25, 2019 (Doc. 43) is **DENIED as moot**.

**DONE AND ORDERED** in Tampa, Florida on December 13, 2019.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any